# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MARGARET S. CHOUEST

VERSUS

OFFSHORE SERVICE VESSELS,
L.L.C., EDISON S. CHOUEST,
SR., DELORES CHOUEST, GARY
J.CHOUEST, LANEY J. CHOUEST,
THE SUCCESSION OF EDISON S.
CHOUEST, JR., KELLIE C.
DUET, KIRT E. CHOUEST, AND
DIONNE CHOUEST AUSTIN

NO.   2024 CW 0800

**SEPTEMBER 5, 2024**

---

In Re:   Offshore Service Vessels, L.L.C., Edison S. Chouest, SR., Delores Chouest, Gary J. Chouest, Laney J. Chouest, The Succession Of Edison S. Chouest, JR., Kellie C. Duet, Kirt E. Chouest, And Dione Chouest Austin, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 100,906.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY DENIED; WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
 FOR THE COURT